IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RUTH FALLS-MILLER; and DR. HOWARD J. MILLER,<br><br>       Plaintiffs,<br><br>   v.<br><br>SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL BOARD; and DR. THOMAS B. LOCKAMY, JR., in his official capacity,<br><br>       Defendants. | CIVIL ACTION NO.: 4:20-cv-85 |

**O R D E R**

A conflict of interest requires recusal of the undersigned and reassignment of this case. The undersigned therefore **ORDERS** that this case be reassigned to the Honorable J. Randal Hall, Chief Judge, for further assignment or adjudication.

**SO ORDERED**, this 22nd day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA