AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUTH FALLS-MILLER and DR. HOWARD J. MILLER,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 420-085

SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL BOARD and DR. THOMAS B. LOCKAMY, JR.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 6, 2020, Plaintiffs' objections are OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiffs' Complaint is DISMISSED, all other motions are MOOT, and this case stands CLOSED.

11/06/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020